No. 2,165.—F. FREEMAN, Appellant, v. KARL EDEL-
MUTH, Respondent.

*Appeal from District Court, Carbon County; Frank Henry,
Judge.*

On motion to dismiss appeal.

Decided February 15, 1905.

PER CURIAM.—The motion to dismiss the appeal herein is hereby sustained and the appeal dismissed; and it is further ordered that the order of *supersedeas* heretofore issued herein be and the same is hereby vacated and set aside.

*Mr. Albert I. Loeb,* for Appellant.

*Mr. George W. Pierson,* and *Messrs. Wallace and Donnelly,* for Respondent.